**STATE of Missouri, Respondent,**

v.

**Joseph L. EVERHART, Appellant.**

**Joseph L. EVERHART, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 49524, WD 51141.**

Missouri Court of Appeals, Western District.

July 2, 1996.

Rebecca L. Kurz, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ULRICH, P.J., and BRECKENRIDGE and EDWIN H. SMITH, JJ.

### *ORDER*

PER CURIAM:

Consolidated appeal from convictions of forcible rape, § 566.030, RSMo Supp.1992, and forcible sodomy, § 566.060, RSMo Supp. 1992, and from the denial of a Rule 29.15 motion for post-conviction relief. Mr. Everhart alleges reversible error in the denial of a mistrial when a witness suggested a prior police photograph was used in a photographic line-up and when a juror slept through a

portion of the cross-examination of the complaining witness. He also claims his trial counsel was ineffective for failure to object to the prosecutor's reference to him as a "human predator" in closing argument.

The judgments of the trial court and the motion court are affirmed. Rules 30.25(b) and 84.16(b).